CHARLES F. GALL, Appellant, *v.* AMELIA GALL, as Adminis-. tratrix, etc., et al., Respondents.

(Argued June 16, 1893 ; decided June 30, 1893.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made June 6, 1892, which affirmed a judgment in favor of defendants, entered upon a decision of the court on trial at Special Term.

*Waldorf H. Phillips* for appellant.

*A. Simis, Jr.,* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.
_____

THE BROOKLYN TRUST COMPANY, Respondent, *v.* HENRY P. TOLER, Appellant.

(Argued June 16, 1893; decided June 30, 1893.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made July 25, 1892, directing judgment for plaintiff upon case submitted, under the Code of Civil Procedure (§ 1279).

*Royal S. Crane* for appellant.

*William N. Dykman* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.
_____